LITTLER MENDELSON, P.C.
BREN K. THOMAS, Bar No. 156226
ELISABETH TIETJEN, Bar No. 258704
5200 North Palm Avenue, Suite 302
Fresno, California 93704.2225
Telephone:   559.244.7500
Facsimile:   559.244.7525
bkthomas@littler.com
etietjen@littler.com

Attorneys for Defendants
DNC PARKS & RESORTS AT TENAYA, INC.;
DELAWARE NORTH COMPANIES PARKS &
RESORTS, INC.; DELAWARE NORTH
COMPANIES, INCORPORATED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TIMOTHY SIMMS,<br><br>Plaintiff,<br><br>v.<br><br>DNC PARKS & RESORTS AT TENAYA, INC., a Delaware corporation; DELAWARE NORTH COMPANIES PARKS & RESORTS, INC., a Delaware Corporation; DELAWARE NORTH COMPANIES, INCORPORATED, a Delaware Corporation' and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:13-CV-02075 AWI-SMS<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT FOR DAMAGES** |

IT IS HEREBY STIPULATED and agreed between Plaintiff Timothy Simms ("Plaintiff'), by and through his counsel of record, Heather Appleton of Appleton Law Group, and Defendants DNC Parks & Resorts at Tenaya, Inc.; Delaware North Companies Parks & Resorts, Inc.; Delaware North Companies, Incorporated (collectively "Defendants") by and through their counsel of record, Bren K. Thomas of Littler Mendelson, that:

Defendants' response to Plaintiff's Complaint for Damages shall be filed on or before February 13, 2014.

Dated: January 29, 2014                    LITTLER MENDELSON, P.C.

By: /s/ Elisabeth F. Tietjen
      BREN K. THOMAS
      ELISABETH F. TIETJEN
      Attorneys for Defendants
      DNC PARKS & RESORTS AT TENAYA, INC.; DELAWARE NORTH COMPANIES PARKS & RESORTS, INC.; DELAWARE NORTH COMPANIES, INCORPORATED

Dated: January 29, 2014                    APPLETON LAW GROUP, APC

By: /s/ Heather Appleton
      HEATHER APPLETON
      CHERRYL CERCADO
      Attorneys for Plaintiff
      TIMOTHY SIMMS

Firmwide: 125226254.1 999999.1664

Stipulation Regarding Extension of Time tor Defendants to Respond to Complaint or Damages (No. I:13-Cv-02075 AWI-SMS)                    2.

Defendants' response to Plaintiff's Complaint for Damages shall be filed on or before February 13, 2014.

Dated: January 29, 2014

LITTLER MENDELSON, P.C.

By: B R=E N K . T=H O N IA S-------------
ELISABETH F. TIETJEN
Attorneys for Defendants
DNC PARKS & RESORTS AT TENAYA, INC.; DELAWARE NORTH COMPANIES PARKS & RESORTS, INC.; DELAWARE NORTH COMPANIES, INCORPORATED

IT IS SO ORDERED.

Dated: 2/3/2014

/s/ SANDRA M. SNYDER
SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

Firmwide:125226254.1 999999.1664

Stipulation Regarding Extension of Time for Defendants to Respond to Complaint for Damages (No. 1:13-Cv-02075 AWI-SMS),    2.

mERMENDELSON.P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500