1
2
3
4
5

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY SIMMS,** | CASE NO.:  1:13-CV-2075-SMS |
| **Plaintiff,** | |
| **v.** | **ORDER TO CONTINUE TRIAL DATE AND MODIFY THE SCHEDULING ORDER** |
| **DNC PARKS & RESORTS AT TENAYA, INC., a Delaware corporation; DELAWARE NORTH COMPANIES PARKS & RESORTS, INC., a Delaware Corporation; DELAWARE NORTH COMPANIES, INCORPORATED, a Delaware Corporation; and DOES 1 - 50 inclusive,** | |
| | DISCOVERY CUT-OFF:11/21/14<br>MOTION CUT-OFF: 11/3/14<br>TRIAL DATE: 1/26/15 |
| **Defendants.** | |

Plaintiff and Defendants having stipulated to modify the scheduling order in this case and to continue the hearing of Defendants' pending summary judgment motion from December 3, 2014, to March 25, 2015, the Court hereby ORDERS:

1. The parties shall file any motions related to discovery propounded prior to the discovery deadline of November 21, 2014 on or before January 9, 2015.

2. The period for taking the depositions of those individuals previously noticed is extended to February 13, 2015.

3. Plaintiff shall file his Opposition to Motion for Summary Judgment on or before February 20, 2015.

1

4. Defendants shall file their Reply to Opposition for Motion for Summary Judgment, if any, on or before March 9, 2015.

5. The hearing of Defendants' Motion for Summary Judgment now calendared for December 3, 2014, shall be continued to March 25, 2015.

6. The Pretrial Conference date shall be continued to May 27, 2015.

7. The trial date shall be continued to July 6, 2015.

IT IS SO ORDERED.

Dated:   **November 21, 2014**              **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE