APPLETON LAW GROUP, APC
Heather Appleton (SBN 162283)
happleton@appletonlg.com
Cherryl F. Cercado (SBN 249990)
ccercado@appletonlg.com
2101 Rosecrans Avenue, Suite 4240
El Segundo, CA  90245
Telephone: (310) 474-7022
Facsimile: (310) 474-7022

Attorneys for Plaintiff
TIMOTHY SIMMS


SEYFARTH SHAW LLP
Joshua A. Rodine (SBN 237774)
jrodine@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:     (310) 277-7200
Facsimile:     (310) 201-5219

Attorneys for Defendants
DNC PARKS & RESORTS AT TENAYA, INC.;
DELAWARE NORTH COMPANIES PARKS &
RESORTS, INC.; and,
DELAWARE NORTH COMPANIES, INCORPORATED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| TIMOTHY SIMMS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DNC PARKS & RESORTS AT TENAYA, INC., a Delaware corporation; DELAWARE NORTH COMPANIES PARKS & RESORTS, INC., a Delaware Corporation; DELAWARE NORTH COMPANIES, INCORPORATED, a Delaware Corporation; and DOES 1 - 50 inclusive,<br><br>　　　　　　　Defendants. | CASE NO.:     1:13-CV-2075-SMS<br><br>CASE FILED: 12/20/13<br><br>ASSIGNED FOR ALL PURPOSES TO HON. SANDRA M. SNYDER<br><br>**ORDER ON JOINT STIPULATION TO EXTEND MOTION TO COMPEL DEADLINE**<br><br>DISCOVERY CUT-OFF:11/21/14<br>MOTION CUT-OFF: 1/9/15<br>TRIAL DATE: 7/6/15 |

STIPULATION TO CONTINUE MOTION TO COMPEL DEADLINE; PROPOSED ORDER CONCURRENTLY FILED
17848122v.4

# **Order**

IT IS HEREBY ORDERED:

Any motions to compel related to discovery propounded prior to the discovery deadline of November 21, 2014 must be filed no later than February 6, 2015.


DATED:  1/7/2015             /s/ SANDRA M. SNYDER
                             UNITED STATES MAGISTRATE JUDGE