# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SIMMS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DNC PARKS & RESORTS AT TENAYA, INC., a Delaware corporation; DELAWARE NORTH COMPANIES PARKS & RESORTS, INC., a Delaware Corporation; DELAWARE NORTH COMPANIES, INCORPORATED, a Delaware Corporation; and DOES 1 - 50 inclusive,<br><br>　　　　　　Defendants. | CASE NO. 1:13-CV-2075 SMS<br><br>ORDER GRANTING REQUEST TO FILE DOCUMENTS UNDER SEAL |

　　　　The parties filed a stipulated protective order on March 3, 2015, which was signed and entered by the Court the following day. Docs. 31, 32. Pursuant to that protective order, on March 9, 2015, Defendants collectively requested the Court to enter an order granting leave to file their reply in support of their motion for summary judgment and the accompanying declaration of Tom Barney and related exhibits under seal. Doc. 33. The requested order seals the documents for the duration of the case and allows access by the attorneys, the court, court personnel, and other parties who have signed the protective order. Plaintiff did not file a timely objection.

　　　　Pursuant to Local Rules 230 and 141, Defendants' request to file the abovementioned documents under seal is GRANTED.

IT IS SO ORDERED.

　　Dated:   **March 13, 2015**　　　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE